IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01684-WYD-BNB

ROGUE WAVE SOFTWARE, INC., a Delaware corporation.

Plaintiff,

v.

ARISGLOBAL, LLC, a Delaware limited liability company,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Complaint and Extend Other Deadlines, with Incorporated Certificate of Compliance** [docket no. 12, filed September 22, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Defendant shall answer or respond to the plaintiff's Complaint on or before **October 1, 2008**.

IT IS FURTHER ORDERED that the Scheduling Conference set for October 2, 2008, is **vacated and reset to October 17, 2008, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., and the Confidential Settlement letter are due on or before **October 10, 2008**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: September 23, 2008